UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Ex Parte Application of ZHANEL SHAYAKHMETOVA pursuant to 28 USC § 1782 | Case No. 25-mc-262 |

## ORDER

Having reviewed the Ex Parte Application Of Zhanel Shayakhmetova for an Order Granting Leave to Obtain Discovery for Use in a Foreign Proceeding pursuant to 28 U.S.C. § 1782 (the "Application"), Dkt. 1, the Memorandum of Law of Applicant Zhanel Shayakhmetova ("Applicant"), Dkt. 3, the Declaration of Diana Katz Gerstel, Dkt. 4, and the Exhibits thereto,

THE COURT HEREBY ORDERS THAT:

1. Applicant's Application for an order to take discovery from UBS AG is GRANTED without prejudice to any objection that UBS AG may raise, including that the application does not meet the requirements of § 1782.
2. Applicant is ordered to serve a copy of this Order on UBS AG.
3. Applicant is authorized, pursuant to 28 U.S.C. § 1782, to issue and serve the subpoena substantially in the form attached to the Declaration of Diana Katz Gerstel as Exhibit F.

The Court shall retain jurisdiction over this matter for the purpose of enforcing this Order and assessing any supplemental request for discovery assistance.

The Clerk of Court is respectfully directed to terminate Dkt. 1 and close the case.

Dated: June 23, 2025
New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge